118 F.3d 1575
 Rebecca S. Doby, Herbert K. Doby
v.
James Decrescenzo, Bucks County of Mental Health and Mental
Retardation, Phillip M. Fenseter, County Administrator,
Bucks County Department of Mental Health, Mental
Retardation, Amy Bryant, Delegate for County Administrator
of Bucks County Mental Health/Mental Retardation Lenape
Valley Foundation, Debbie Neihardt, Delegate for County
Administrator of Bucks County Department of Mental Health
and Mental Retardation,
 NO. 96-1889
 United States Court of Appeals,
Third Circuit.
 June 16, 1997
 Appeal From: E.D.Pa. ,No.94cv03991
 
 1
 Affirmed in part; Appeal Dismissed in part.